JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASSIE CHRISTINE C.,[1]

Plaintiff,

v.

LELAND DUDEK, Acting
COMMISSIONER OF SOCIAL SECURITY,[2]

Defendant.

Case No. 2:24-cv-00740-PD

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order Affirming Commissioner, JUDGMENT IS HEREBY ENTERED AFFIRMING the Acting Commissioner's decision, DENYING Plaintiff's request for remand, and DISMISSING this action with prejudice.

DATED:  February 26, 2025

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in line with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Leland Dudek, who was appointed Acting Commissioner on February 17, 2025, is substituted in as the correct Defendant.  *See* Fed. R. Civ. P. 25(d).